IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRIS MANGUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3187-CV-S-DW |
| | ) | |
| TONY DEAN KRUKOW, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Plaintiff's Dismissal With Prejudice. (Doc. 14). The Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE with costs assessed to the Plaintiff. See Fed. R. Civ. P. 41. The clerk of the court shall mark this case as closed.

Date: September 21, 2006                                         /s/ DEAN WHIPPLE
                                                                 Dean Whipple
                                                                 United States District Court